```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

DAVID A. GAMBINO,                 1:17-cv-0830 (NLH) (AMD)

       Plaintiff,         **MEMORANDUM OPINION & ORDER**

  v.

AHSA CASSANO, et al.,

       Defendants.

**APPEARANCES**:

David A. Gambino
19757055
Gilmer
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 6000
Glenville, WV 26351

    Plaintiff pro se

Craig Carpenito, United States Attorney
Susan R. Millenky, Assistant United States Attorney
U.S. Attorney's Office for the District of New Jersey
970 Broad St.
Suite 700
Newark, NJ 07102-2535

    Attorneys for Defendants

**HILLMAN, District Judge**

    WHEREAS, the Court granted an extension of time, until July 24, 2020, to Plaintiff in order to file his papers opposing Defendants' motion to dismiss, <u>see</u> ECF No. 143; and

    WHEREAS, Defendants request a four-week extension of time

to file their reply papers "[d]ue to planned vacation during that time and expected deadlines in other matters . . . .", see ECF No. 144,

    THEREFORE, IT IS on this <u>  30th  </u> day of <u>June</u>, 2020

    ORDERED that the Defendants' reply papers are due August 21, 2020; and it is finally

    ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | <u>  s/ Noel L. Hillman  </u><br>NOEL L. HILLMAN, U.S.D.J. |