UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID A. GAMBINO, | 1:17-cv-0830 (NLH) (AMD) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| AHSA CASSANO, et al., | |
| Defendants. | |

**APPEARANCES**:

David A. Gambino
19757055
Gilmer
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 6000
Glenville, WV 26351

 Plaintiff pro se

Craig Carpenito, United States Attorney
Susan R. Millenky, Assistant United States Attorney
U.S. Attorney's Office for the District of New Jersey
970 Broad St.
Suite 700
Newark, NJ 07102-2535

 Attorneys for Defendants

**HILLMAN, District Judge**

 WHEREAS, Plaintiff filed his opposition to the pending motion to dismiss on August 31, 2020, see ECF No. 252; and

 WHEREAS, Defendants request until September 15, 2020 to file their reply papers due to preplanned annual leave, see ECF

No. 152,

    THEREFORE, IT IS on this  9th   day of September, 2020

    ORDERED that the Defendants' reply papers are due September 15, 2020.  No further extensions shall be granted; and it is finally

    ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular mail.

At Camden, New Jersey                     s/ Noel L. Hillman
                                          NOEL L. HILLMAN, U.S.D.J.